# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-1671

_____

| | | |
|---|---|---|
| Billy Tyler, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Environmental Protection Agency, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: August 23, 2011
Filed: August 29, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Billy Tyler appeals the district court's[1] dismissal of his claim under the Comprehensive Environmental Response, Compensation, and Liability Act against the Environmental Protection Agency. After careful de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000), we conclude that the court properly dismissed the claim because Tyler failed to allege that he had provided written notice

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

to the EPA of his intent to sue, as CERCLA requires, <u>see</u> 42 U.S.C. § 9659(a)(2), even after he was allowed to amend his complaint to cure this defect. Accordingly, the judgment of the district court is affirmed.

_____